PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DEC 19 2023 AM8:41
FILED - USDC - NDTX - LU
*JA*

JOHN GABRIEL RIOS 171092
_____
Plaintiff's Name and ID Number

Lubbock county sheriff's office / Detention center
_____

Place of Confinement

**5-23CV-302-C**

CASE NO._____

(Clerk will assign the number)

v.

Brent Meyer   810 Lockwood street Tahoka Texas 79373
_____
Defendant's Name and Address

Wanda Mason   810 Lockwood street Tahoka Texas 79373
_____
Defendant's Name and Address

Derek Hester   810 Lockwood street Tahoka Texas 79373
_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _March 9th 2021_

        2. Parties to previous lawsuit:

        Plaintiff(s) _Rios_

        Defendant(s) _Lynn County Sheriff's office et al_

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Cause number: _5:21-cv-00058-H_

        5. Name of judge to whom case was assigned: _Hendrix_

        6. Disposition: (Was the case dismissed, appealed, still pending?) _dismissed_

        7. Approximate date of disposition: _March 28th 2022_

II.    PLACE OF PRESENT CONFINEMENT: _Lynn County sheriff's office_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.    Name and address of plaintiff: _John Gabriel Rios #11061_        _John Gabriel Rios #171092_
       _810 Lockwood_          mailing   _P.O. Box 10535_
                                         _Lubbock, TX 79408_
       _Tahoka, TX 79373_      physical  _3502 North Holly Ave._
                                         _Lubbock, TX 79403_

B.    Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Brent Meyer; sheriff's Deputy; Lynn county sheriff's office; 810 Lockwood st Tahoka, TX 79373_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_U.S.C.A. IV, XIII, V, 18 U.S.C. §1962(c), §1963, §1964; U.S.C.A. XIV, 18 U.S.C. §2383; U.S.C.A. VI, 18 U.S.C. §2384; U.S.C.A. VII,_
_T.C.C.P.A. 17.033, 22.13(a)(1)_                                                                              _18 USC §2381_

Defendant #2: _Wanda Mason; employee; Lynn county sheriff's office; 810 Lockwood st Tahoka, TX 79373_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_U.S.C.A. 4, 13, 5, 14, 6, X, 18 U.S.C. §1962(c), §1963, §1964, §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13_

Defendant #3: _Derek Hester; employee; Lynn county sheriff's office, 810 Lockwood st Tahoka, TX. 79373_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_U.S.C.A. 4, 13, 5, 14, 6, X, 18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13_

Defendant #4: _Katrina White; employee; Lynn county sheriff's office; 810 Lockwood st Tahoka, TX 79373_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_U.S.C.A. 4, 13, 5, 14, 6, X, 18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13_

Defendant #5: _John Luna; former employee Lynn county sheriff's office; unknown; unknown_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_USCA 4, 13, 5, 14, 6, X, 18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13_

3

#6    Alvarez; former employee Lynn County Sheriff's office; unknown; unknown

USCA.4,13,5,14,6,X,18usc.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#7    .Alvarez; former employee Lynn County Sheriff's office; unknown; unknown

U.S.C.A.4,13,5,14,6,X,18usc.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#8    A.Stephens; former employee Lynn County Sheriff's office; Unknown; unknown

U.S.C.A.4,13,5,14,6,X,18u.s.c.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#9    .Green; former employee Lynn county Sheriff's office; unknown; unknown

USCA.4,13,5,14,6,X,18usc.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#10   Forest.G; former employee Lynn County Sheriff's office; unknown; unknown

USCA.4,13,5,14,6,X,18usc.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#11   Alfonzo; former employee Lynn County Sheriff's office; unknown; unknown

USC.A.4,13,5,14,6,X,18usc.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#12   Ann Barrientez; former employee Lynn County Sheriff's office; unknown; unknown

U.S.C.A.4,13,5,14,6,X,18usc§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#13   .DeLeon; former employee Lynn county Sheriff's office; unknown; unknown

U.S.C.A.4,13,5,14,6,X,18u.S.C.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#14   .Flores; former employee Lynn county Sheriff's office; unknown; unknown

U.S.C.A.4,13,5,14,6,X,18u.S.C.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#15   Chad.; former employee Lynn County Sheriff's office; unknown; unknown

USCA.4,13,5,14,6,X,18u.S.C.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#16   Charlie Duran; former employee Lynn County Sheriff's office; U.M.C.Hospital; 602 Indiana Ave., Lubbock TX 79415

U.S.C.A.4,13,5,14,6,X,18u.s.c.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#17   Ryan Vega; former employee Lynn County Sheriff's office; Lubbock County Sheriff's office; P.O.Box 10535 Lubbock,TX 79408

U.S.C.A.4,13,5,14,6,X,18usc§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13,USC.A.X,18usc.§2381

#18   Philip Mack Furlow; 106th District court prosecutor; Lynn county court house, 1501 south 14 st Tahoka TX 79373; P.O.Box 1124 Lamesa TX 79331-0008

U.S.C.A.4,13,5,14,6,X,18usc.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#19   Courtney Odom; 106th District court clerk; Lynn county court house, 1501 south 14 st Tahoka TX 79373; P.O.Box 939 Tahoka TX 79373

USCA.4,13,5,14,6,X,18usc.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#20   Arthur Aguilar Jr.; 106th District court Defense Attorney; Lynn county court house, 1501 south 14 st Tahoka TX 79373; 5109 82nd st, suite 7, Box 192 Lubbock TX 79424

USC.A.4,13,5,14,6,X,18u.s.c.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

★ #21   Reed Filley; 106th District court Judge; Lynn county court house, 1501 south 14 st Tahoka TX 79373; P.O.BOX 1268 Lamesa TX 79331-1268

U.S.C.A.4,13,5,14,6,X,18usc.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#22   Terry Morgan; Sheriff; Garza county sheriff's office; 412 East 15th St Post TX 79356

U.S.C.A.4,13,5,14,6,X,18u.s.c.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#23   Tom Taylor; employee; Garza county sheriff's office; 412 East 15th st Post TX 79356

USCA.4,13,5,14,6,X,18usc.§1962(c),§2383,§2384,§2381,T.C.C.P.A.17.033,22.13

#24   Michael Copeland; employee; Garza county sheriff's office; 412 East 15th St Post, TX 79356

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#25   Freddy Guerrero; employee; Garza county sheriff's office; 412 East 15th St Post, TX 79356

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#26   , Ward; employee; Garza county sheriff's office; 412 East 15th St Post, TX 79356

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#27   W. Harrison; employee; Garza county sheriff's office; 412 East 15th St Post, TX 79356

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#28   . Perez; employee; Garza county sheriff's office; 412 East 15th St Post, TX 79356

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#29   . Ramirez; employee; Garza county sheriff's office; 412 East 15th St Post, TX 79356

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#30   . Johnson; employee; Garza county sheriff's office; 412 East 15th Post, TX 79356

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#31   Shayla Thompson; employee nurse; Garza county sheriff's office; 412 East 15th St Post, TX 79356

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#32   Timothy Click; Sheriff; Terry county sheriff's office; 1311 Tahoka Road Brownfield, TX 79316

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#33   David Valentin; employee; Terry county sheriff's office; 1311 Tahoka Road Brownfield, TX 79316

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#34   Matthew Torres; employee; Terry county sheriff's office; 1311 Tahoka Road Brownfield, TX 79316

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13.

#35   Gary Jones; employee; Terry county sheriff's office; 1311 Tahoka Road Brownfield, TX 79316

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#36   [a]; employeed Nov. 13th 2018-April 30th 2021; Lynn county sheriff's office; 810 Lockwood street Tahoka, TX 79373

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#37   [a]; employeed Oct. 23rd 2019- March 2021; Garza county sheriff's office; 412 East 15th street Post, TX 79356

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#38   [a]; employeed March 2021-April 14th 2021; Terry county sheriff's office; 1311 Tahoka Road Brownfield, TX 79316

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#39   [a]; employeed Nov. 13th 2018- April 30th 2021; Lubbock District Parole office; 1720 East Regis Lubbock, TX 79403

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#40   [a]; employeed Nov. 13th 2018-April 30th 2021; Texas Board of Pardons and Paroles; 8610 shoal creek Blv. Austin, TX 78757

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#41   [a]; employeed Dec. 2019- April 30th 2021; office of the chief disciplinary counsel state bar of Texas; P.O. BOX 12487

U.S.C.A. 4,13,5,14,6,7,18 U.S.C. §1962(c), §2383, §2384, §2381, T.C.C.P.A. 17.033, 22.13

#42  Kelly S. Rowea sheriff; Lubbock county sheriff's office/Detention center; P.O. BOX 10535 Lubbock, TX 79408
U.S.C.A. $\boxtimes$, 18 USC. § 2381

#43  Gregory Rushin; chief; Lubbock Police "Department; 916 Texas Ave., Lubbock, TX 79401 79408
U.S.C.A. $\boxtimes$, 18 USC. § 2381

#44  Don Corvin; employee; Lubbock county sheriff's office/Detention center; P.O. Box 10535 Lubbock, TX 79408
U.S.C.A. $\boxtimes$, 18 USC. § 2381

#45  [a]; employee Nov. 11th 2021- continued; Lubbock county sheriff's office/Detention center; P.O. Box 10535 Lubbock, TX 79408
U.S.C.A. $\boxtimes$, 18 USC. § 2381

#46  Constantine Galvez; employee; Lubbock county sheriff's office/Detention center; P.O. Box 10535 Lubbock, TX 79408
U.S.C.A. $\boxtimes$, 18 USC. § 2381

#47  C. Perchez; Dispatch; Lubbock county sheriff's office/Detention center; P.O. BOX 10535 Lubbock, TX 79408
U.S.C.A. $\boxtimes$, 18 USC. § 2381

#48  D. Canargo; employee; Slaton Police Department; 175 North 8th Street Slaton, TX 79364
U.S.C.A. $\boxtimes$, 18 U.S.C. § 2381

#49  [a]; employee Nov. 11th 2021- continued; T. A. G.; Address unknown
U.S.C.A. $\boxtimes$, 18 USC. § 2381

#50  [a]; employee Nov. 11th 2021 continued; Slaton Police Department; 175 North 8th Street Slaton, TX 79364
U.S.C.A. $\boxtimes$, 18 USC. § 2381

#51  [a]; employee Nov. 11th 2021 continued; Lubbock Police Department; 916 Texas Ave., Lubbock, TX 79401
U.S.C.A. $\boxtimes$, 18 USC. § 2381

#52  Greg Abbott; Attorney General; Office of the Attorney General; P.O. Box 12198 Austin, TX 79711-2198
U.S.C.A. 4, 13, 5, 14, 6, $\boxtimes$, 18 USC. § 1962(c), § 2383, § 2384 § 2381, TCC. P.A. 17, 033, 22.13
U.S.C.A. $\boxtimes$, 18 USC. § 2381, Texas civil Practice and Remedies code § 30.004 notice to Attorney General for certain suits

#53
U.S.C.A. $\boxtimes$, 18 U.S.C. § 2381

#54
U.S.C.A. $\boxtimes$, 18 U.S.C. § 2381

#55
U.S.C.A $\boxtimes$, 18 U.S.C. § 2381

claim 1.) U.S.C.A. 4 18 U.S.C. §120(1)(2)(3)4)C.A. 13 18 U.S.C. §1584(a), 18 U.S.C. §1589(1)(2)(3)4) 18 U.S.C. §1593A C.A. 5 18 U.S.C. §1962(a), 18 U.S.C. §1962(c)§
U.S.C.A. 14 18 U.S.C. §2383, U.S.C.A. 6 18 U.S.C. §2384, U.S.C.A. 8 18 U.S.C. §2381, T.C.C.P.A. 17.033, T.C.C.P.A. 22.13
claim 2.) U.S.C.A. 8 18 U.S.C. §2381

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Claim 1.) Brent Mexler did on November 13th 2018 take John Gabriel Rios from his home of 1409 Culpepper Wilson Texas 79381. No warrant or indictment presented for his abduction before November 13th 2018. Bail was set at $75,000 for Burglary of Habitation, $25,000 for possession of controlled substance 1 gram or less, $3000 for failure to ID Fugitive intent give false Information, and No bail allowed for Parole-Burglary of habitation. During confinement a charge of criminal mischief over $2,500 but less than $30,000 was set for bail at $20,000 to give the total bail amount for John Gabriel Rios at $123,000 with a No bail allowed for Parole hold. While confined at Lynn county Sheriff's office I was denied my revocation hearing for parole by Texas Board of Pardons and Paroles and Lubbock District parole office that held A No bail hold. October 23rd 2019 Lynn county Sheriff's employee's released custody of John Gabriel Rios #11061 to Garza county Sheriff's office employees and holding him as John Gabriel Rios #15680. Complaint's where filed by John Gabriel Rios on Philip Mack Furlow and Arthur Aguilar Jr. with the office of the chief Disciplinary counsel State Bar of Texas having to do with process of court and their duties, only to have my complaint's Dismissed, appealed through B.O.D.A. and Dismissed. March 2021 after filing John Gabriel Rios #15680 v. Lynn county Sheriff's office et. al., filed March 9th 2021 John Gabriel Rios was transported from Garza county Sheriff's office by employee's to Terry county Sheriff's office and there employee's. April 14th 2021 Terry county Sheriff's office employee's released John Gabriel Rios to Lynn county Sheriff's office employee's to be confined at Lynn county Sheriff's office for the five matter's. April 30th 2021 John Gabriel Rios #11061 was released by Dismissal's on all process having to do with the 106th District court employee's and parole hold lifted.
     Claim 2.) On November 11th 2021 Lubbock Police Department employee(s), Slaton Police Department employee(s), Lubbock county Sheriff's office employee(s), T.A.G. Task Force employee(s) did interfere with the process of John Gabriel Rios #15680 v. Lynn county Sheriff's office et. al. by taking the prosecutor and confining him in Lubbock county Sheriff's office with unlawful process, while under order of Judge Hendrix on October 25th 2021. November 11th 2021 interfered process of John Gabriel Rios #15680 v. Lynn county Sheriff's office et. al. resulted in A dismissal March 28th 2022 without Pre judice while still being confined by Lubbock county Sheriff's office employee's and all document's to support claim's having to do with the prisoner's civil Rights complaint are still being withheld by the actors of November 11th 2021, without warrant's for the document's, and legal study's/book's. Greg Abbott is A representative of the Lynn county Sheriff's office, Garza county Sheriff's office, Terry county Sheriff's office, Lubbock county Sheriff's office, Lubbock Police Department, Slaton police Department, and aid's those businesses as did other's aided Lynn county Sheriff's office et. al. on November 11th 2021 from prosecution.

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. (Claim 1.) Life imprisonment, NLL of John Gabriel Rios #11061 November 13th 2018-April 30th 2021 information to be removed from the defendant's data base. Damages-value of the plaintiff times the seconds taken from denizen until time of complete release then multiplied by three. Prose fee's and court cost Paid, all property used in the process forfeited to John Gabriel Rios. For Racketeering activity, 10 years and fined plaintiff's value times seconds held after 24/48hrs until time of complete release for Rebellion or insurrection. 20 years and fined plaintiff's value times seconds held after 24/48hrs until time of complete release for Seditious conspiracy. Death Penalty and No fine for Treason. (Claim 2.) Death penalty and fined the total of all fines combined in claim 1 of this prisoner's civil Rights complaint. Court cost paid, pro-se fee of $300 out of court and $400 in court per hour rounded up to to nearest hour. If possible for the money awards to be credited to my prison account for use.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
John Gabriel Rios; Pro-se Representative; Pro-se Rep.; foreign runner; running slave; running around; slaving around; ENSLAVED AGAIN;

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
#11061 Lynn county; #171092 Lubbock county; #10660 Archer county; #747007DDX FBI; #15680 Garza county; #25529 Scurry county; 1898762 TDC-J;

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? __✓__ YES ____ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Northern Lubbock

2. Case number: 5:21-CV-00658-H

3. Approximate date sanctions were imposed: March 28th 2022

4. Have the sanctions been lifted or otherwise satisfied? __✓__ YES ____ NO

4

# Reply to Inmate Grievance

Inmate: John Rios
Location: 184
Kiosk: Cell 184
Subject: 20A.02 TRAFFICKING OF PERSON
Assigned To: All
Classification: Not Assigned

Entry ID: 343673
Inmate ID: 11061
Inmate State ID:

Complaint Against:None
Date Added: Apr 22, 2021 - 12:28 pm CDT
Grievance:

With due regard to the continued detention under Lynn County Sheriffs Office, it is of the excess of over 2years, with A hold on A prior conviction of 7years for A Burglary of A habitation 2/2011 start date and was up in 2/2018, now with continued hold under A warrent number that is to have expired before my arrest by Lynn County Sheriffs Office on 11/13/2018, the like charge in the is united states code 18 section 1203, now you are all guilt by 18 usc section 2, comply with the law or be subject to such.

Status:

Resolved Substantiated

Attachments:                    Attachment Name

Notes for Inmate:         I have spoke with parole and you did not discharge parole until 2020 there we had a valid
                          reason to hold you.

Preset Responses
No preset responses found.

# Item History

| Date | Modified By | Assigned To | Status |
|---|---|---|---|
| 04/29/2021 04:20:10 pm CDT | Katrina White | | Resolved Substantiated |

# Arrest Report
## Lynn County Sheriff's Office

## ARRESTEE DATA

| Name | | | | CCN/SO | ATN | | SSN |
|------|--|--|--|--------|-----|--|-----|
| RIOS, JOHN GABRIEL | | | | 11061 | 532018509810 | | 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 |

| Hair | Eyes | Height | Weight | Race | Sex | DOB | Ethnicity |
|------|------|--------|--------|------|-----|-----|-----------|
| BRO | BRO | 506 | 208 | U | M | 10/29/1991 (27) | HISP |

| Housing Class (JPR) | Marital Status | POB |
|---------------------|----------------|-----|
| H | Single | TX |

**Arrestee Address**

1409 CULPEPPER AVE WILSON TX 79381

1409 CULPEPPER AVE WILSON TX 79381

1409 CULPEPPER AVE WILSON TX 79381

1409 CULPEPPER AVE WILSON TX 79381

1409 CULPEPPER AVE WILSON TX 79381

## Emergency Contacts

| Name | Relation | Phone |
|------|----------|-------|
| GUZMAN, SUZANNE | | |
| GUZMAN, SUZANNIE | | |
| GUZMAN, SUZANNE | | |
| GUZMAN, SUSAN | GRANDPARENT | |
| WISSLER, MARGARET | MOTHER | |
| GUZMAN, SUSAN | GRANDPARENT | |

## Classifications

| Date | Classification |
|------|----------------|
| 03/19/2021 | Close Custody |
| 03/19/2021 | Med |

## Addresses

**Address**

1409 CULPEPPER AVE WILSON TX 79381

1409 CULPEPPER WILSON TX 79381

1409 CULPEPPER Wilson TX 79381

1409 CULPEPPER

1409 CULPEPPER WILSON TX 79381

## Detainers

| From Date | To Date | Agency Code | Comments | Agency ORI |
|-----------|---------|-------------|----------|------------|
| 5/18/2023 | | TX1520000 | LUBBOCK COUNTY HOLD - UNL POSS OF FIREARM BY FELON | |

Printed by: IREYES

Printed on: 8/24/2023 12:06:41 AM

Page 1 of 2

# Arrest Report
## Lynn County Sheriff's Office

## ARREST DATA

**Location of Arrest**

1409 CULPEPPER  WILSON TX

**Arrest Date & Time**

11/13/2018 00:00

**Cross Street**

**Arresting Officer**

MEYER B

**Transporting Officer**

**Searching Officer**

**Booking Officer**

**Employment Information**

## CHARGES

Case #:          Warrant #:
Charge: F2 22990002 - BURGLARY OF HABITATION
Comments: BURGLARY OF HABITATION

Magistrate Date:
Bond Amount: $0.00
Fine Amount: $0.00

Case #:          Warrant #:
Charge: FS 35990014 - POSS CS PG 1 <1G
Comments: POSS CS PG 1 LT1G

Magistrate Date:
Bond Amount: $0.00
Fine Amount: $0.00

Case #:          Warrant #:
Charge: MA 48990009 - FAIL TO ID FUGITIVE INTENT GIVE FALSE INFO
Comments: FAIL TO ID FUGITIVE INTENT GIVE FALSE INFO

Magistrate Date:
Bond Amount: $0.00
Fine Amount: $0.00

Case #:          Warrant #:
Charge:  PAROLE - parole-burglary of hab
Comments: BURGLARY OF HABITATION

Magistrate Date:
Bond Amount: $0.00
Fine Amount: $0.00

Case #:          Warrant #:
Charge: FS 29990044 - CRIMINAL MISCHIEF >=$2,500<$30K
Comments:

Magistrate Date:
Bond Amount: $20000.00
Fine Amount: $0.00

## ARREST COMMENTS

No comments at this time.

_____
Inmate Signature

_____
Officer Signature

| | | Type | | Account | Amount |
|---|---|---|---|---|---|
| 114459 | 04/16/2021 | Credit | Gift Card (Credit Card) | | $50.00 |
| 114313 | 04/14/2021 | Add | 11061 : RIOS, JOHN G | | $0.04 |
| 114312 → | 04/14/2021 ← | Open | 11061 : RIOS, JOHN G ← | | $0.00 |
| 80787 → | 10/23/2019 ← | Release | 11061 : RIOS, JOHN G ← | | $0.00 |
| 80786 | 10/23/2019 | Check | 11061 : RIOS, JOHN G | | $0.55 |
| 80785 | 10/23/2019 | Credit | Phone Time | | $0.45 |
| 76349 | 08/21/2019 | Bill | Commissary | | $0.70 |
| 73105 | 07/10/2019 | Bill | Commissary | | $46.20 |
| 72939 | 07/08/2019 | Bill | Phone Time | | $53.00 |
| 72818 | 07/07/2019 | Credit | Gift Card (Credit Card) | | $100.00 |
| 70590 | 06/05/2019 | Bill | Commissary | | $35.00 |
| 70474 | 06/03/2019 | Bill | Nicotine Pouches | | $15.00 |
| 70467 | 06/03/2019 | Add | 11061 : RIOS, JOHN G | | $50.00 |
| 69591 | 05/22/2019 | Bill | Commissary | | $50.00 |
| 69484 | 05/20/2019 | Add | 11061 : RIOS, JOHN G | | $50.00 |
| 67674 | 04/24/2019 | Bill | Commissary | | $50.00 |
| 67580 | 04/23/2019 | Credit | Gift Card (Credit Card) | | $50.00 |
| 66194 | 04/17/2019 | Bill | Commissary | | $25.00 |
| 65843 | 04/12/2019 | Bill | Phone Time | | $25.00 |
| 65742 | 04/11/2019 | Add | 11061 : RIOS, JOHN G | | $50.00 |
| 63972 | 03/20/2019 | Bill | Commissary | | $25.00 |
| 63439 | 03/13/2019 | Bill | Phone Time | | $10.00 |
| 63423 | 03/13/2019 | Bill | Nicotine Pouches | | $15.00 |
| 63419 | 03/13/2019 | Credit | Gift Card (Credit Card) | | $50.00 |
| 62179 | 02/27/2019 | Bill | Commissary | | $34.60 |
| 62011 | 02/24/2019 | Bill | Nicotine Pouches | | $15.00 |
| 61996 | 02/24/2019 | Credit | Gift Card (Credit Card) | | $50.00 |
| 60833 | 02/11/2019 | Bill | General Fund | | $0.45 |
| 57759 | 01/09/2019 | Bill | Commissary | | $35.05 |
| 57581 | 01/06/2019 | Bill | Nicotine Pouches | | $15.00 |
| 57487 | 01/06/2019 | Credit | Gift Card (Credit Card) | | $50.00 |
| 56026 | 12/19/2018 | Bill | Commissary | | $25.00 |
| 55961 | 12/18/2018 | Bill | Nicotine Pouches | | $15.00 |
| 55545 | 12/11/2018 | Add | 11061 : RIOS, JOHN G | | $40.00 |
| 54298 | 11/28/2018 | Bill | Commissary | | $39.90 |
| 54206 | 11/26/2018 | Credit | Gift Card (Credit Card) | | $20.00 |
| 53228 | 11/14/2018 | Add | 11061 : RIOS, JOHN G | | $20.00 |
| 53225 → | 11/14/2018 ← | Open | 11061 : RIOS, JOHN G ← | | $0.00 |

| 169336 | 05/12/2023 | Open | 11061 RIOS JOHN G | |
|---|---|---|---|---|
| 158205 | 12/11/2022 | Release | 11061 : RIOS. JOHN G | $0.00 |
| 158207 | 12/11/2022 | Bill | Debit Card Release | $0.00 |
| 158203 | 12/11/2022 | Credit | Phone Time | $0.40 |
| 155281 | 10/26/2022 | Bill | Commissary | $0.40 |
| 154904 | 10/22/2022 | Bill | Phone Time | $37.00 |
| 1.1411 | 10/20/2022 | Bill | Commissary | $9.00 |
| 154745 | 10/20/2022 | Credit | Gift Card (Credit Card) | $4.00 |
| 154413 | 10/13/2022 | Bill | Commissary | $50.00 |
| 154447 | 10/13/2022 | Bill | OTC Mads | $4.00 |
| 154076 | 10/06/2022 | Bill | Commissary | $4.00 |
| 253106 | 09/30/2022 | Bill | Commissary | $4.00 |
| 1 1041 | 09/29/2022 | Bill | Commissary | $4.00 |
| 13131 | 09/14/2022 | Bill | Commissary | $4.00 |
| 152090 | 09/03/2022 | Open | 11061 RIOS. JOHN G | $4.20 |
| 116625 → | 04/30/2021 ← | Release | 11061 : RIOS. JOHN G ← | $0.00 |
| 116627 | 04/30/2021 | Bill | Debit Card Release | $0.00 |
| 116623 | 04/30/2021 | Credit | Phone Time | $42.89 |
| 116579 | 04/29/2021 | Bill | Phone Time | $12.60 |
| 116523 | 04/28/2021 | Credit | Gift Card (Credit Card) | $20.00 |
| 114816 | 04/21/2021 | Bill | Commissary | $50.00 |
| | | | | $49.75 — |

Case 5:21-cv-00058-H    Document 1   Filed 03/09/21   Page 3 of 62   PageID 3

II.    PLACE OF PRESENT CONFINEMENT: Garza County Sheriff's Office

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        ✓ YES    ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: John Gabriel Rios
   412 East 15th St                    or
   Post, TX 79356

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: LYNN county Sheriffs office
   810 Lockwood St        Tahoka, TX 79373

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

18usc§1201(a)1)(b)§659§1589(a)1)2)3)4)§1962(a)(b)(c)(d)§2332b(9)5)B)§1203(a)§2384

Defendant #2: Texas Board of Pardons and Paroles
   8610 shoal creek Boulevard        Austin, Tx 78757

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

18usc§1962(a)(b)(c)(d)§659§1589(a)1)2)3)4)§2332b(9)5)B)§1203(a)§2384

Defendant #3: The State of Texas 106th District Court

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

18usc§1962(a)(b)(c)(d)§659§1589(a)1)2)3)4)§2332b(9)5)B)§1203(a)§2384 ; Texas criminal code 22.13

Defendant #4: Garza county Sheriffs office
   412 East 15th St        Post, Tx 79356

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

18usc§1962(a)(b)(c)(d)§659§1589(a)1)2)3)4)§2332b(9)5)B)§1203(a)§2340A(b)1)2)(c)§2384

Defendant #5: Office of the chief Disciplinary Counsel State Bar of Texas
   PO Box 12487        Austin, TX 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

18usc§1962(a)(b)(c)(d)§659§1589(a)1)2)3)4)§2332b(9)5)B)§1203(a)§2384

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JOHN GABRIEL RIOS,
Institutional ID No. 15680

Plaintiff,

v.

No. 5:21-CV-00058-H

LYNN COUNTY SHERIFF'S
OFFICE, et al.,

Defendants.

## ORDER

Plaintiff, proceeding pro se, filed this civil-rights action under 42 U.S.C. § 1983.

The Court finds that Plaintiff should be required to answer the attached questionnaire and return it to the Clerk for filing within 20 days from the date of this order. *See Green v. McKaskle,* 788 F.2d 1116, 1120 (5th Cir. 1986) (holding that a prisoner may be required to supplement his § 1983 complaint with answers to a questionnaire). Failure to comply with this order shall result in the dismissal of this complaint for want of prosecution.

So ordered.

Dated October 25, 2021.

JAMES WESLEY HENDRIX
United States District Judge

C. Has any court ever warned or notified you that sanctions could be imposed?    ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): <u>Northern District Lubbock</u>

2. Case number: <u>5:22-cv-266-C ; 5:23 cv-318-BQ ; 5:23-cv-109-H ; 5:23-cv-00058-H</u>

3. Approximate date warning was issued: _____

Executed on: <u>12/10/2023</u>
          DATE

<u>John Gabriel Rios</u>
<u>(Signature of Plaintiff)</u>

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this <u>tenth</u> day of <u>December</u> , 20 <u>23</u> .
        (Day)           (month)         (year)

<u>John Gabriel Rios</u>
<u>(Signature of Plaintiff)</u>

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

Name: JOHN GABRIEL R205
S.O.#: 171092
Lubbock County Jail
P.O. Box 10535
Lubbock, TX 79408-3535

RETURN SERVICE
REQUESTED

FIRST CLASS

US POSTAGE PITNEY BOWES

ZIP 79401   $ 001.83⁰
02 4W
0000386595 DEC. 15. 2023

LEGAL MAIL ONLY

INDICENT

DEC 1 9 2023

CLERK U.S. DIS ...
NORTHERN DISTRICT OF TEXAS

United States District Court
Northern District of Texas
office of the clerk
1205 Texas Ave., Room 209
Lubbock, TX 79401